

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2022

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: **United States v. Cesar Vasquez Jordan and Micky Colon Martinez**
     **22 Cr. 473 (LTS)**

Dear Judge Swain:

  The parties write to jointly request that the Court adjourn the status conference that is scheduled for December 6, 2022 at 10 AM, until February 23, 2023 at 10:30 AM. The parties also request that the Court continue to exclude time under the Speedy Trial Act until the rescheduled conference date. The exclusion of time is in the interests of justice because it will allow counsel to evaluate discovery materials, evaluate whether to file motions, and will allow the parties an opportunity to engage in discussions about pretrial resolutions to the case.

               Respectfully submitted,

               DAMIAN WILLIAMS
               United States Attorney for the
               Southern District of New York

            By: */s/ Andrew Jones*
               Andrew Jones
               Assistant United States Attorney
               (212) 637-2467